**AMENDED, Complaint**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Date Ordered*

AMENDED Complaint With Court's  Ordered Corrections   2-4-20/3-6-20

# UNITED STATES DISTRICT COURT

for the

District of DuVaL

RECEIVED BY
UNION CORRECTIONAL INSTITUTION

FEB 2 0 2020

FOR MAILING

JACKSoNville Division
FL

Case No.    3:20-CV-00087-HLA-MCR

*(to be filled in by the Clerk's Office)*

GREGORY, BROWN
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

WOOD,,,, CAPTioe
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2020 FEB 24  PM 12: 48
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

*1*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | GREGORY BROWN |
| All other names by which you have been known: | Not—APPLicAble |
| ID Number | J-39575 |
| Current Institution | FLORida State, Prison |
| Address | P.o. Box 800 |
| | Raiford          FL          32083 |
| | *City*          *State*          *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WooD |
| Job or Title *(if known)* | CApTine |
| Shield Number | unKnowned |
| Employer | Florida State Prison |
| Address | P.o. Box 800 |
| | Raiford          FL     32083 |
| | *City*          *State*     *Zip Code* |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Ju Tomlin |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | unKnowned |
| Employer | Florida State Prison |
| Address | P.o. Box 800 |
| | Raiford          FL     32083 |
| | *City*          *State*     *Zip Code* |

☑ Individual capacity    ☐ Official capacity

2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name             Watson
    Job or Title *(if known)*  Sergeant
    Shield Number      Unknowned
    Employer          Florida State Prison
    Address           P.O. Box 800
                    Raiford      FL    32083
                    *City*       *State*    *Zip Code*
                  ☑ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name             Willeam
    Job or Title *(if known)*  Sergeant
    Shield Number      Unknowned
    Employer          Florida State Prison
    Address           P.O. Box 800
                    Raiford      FL    32083
                    *City*       *State*    *Zip Code*
                  ☑ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Each Name Defendant Violated Plaintiff's Rights under the Eighth Amendment to the U.S. Constitution.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

3

CONTINUANCE

DEFENDANT NO. 5
  NAME                            BAYRON
JOB OR TITLE (IF KNOWN)          SERGEANT
SHIELD NUMBER                    UNKNOWNED
  EMPLOYER                       FLORIDA STATE PRISON
  ADDRESS                        7819 NW 228ᵗ STREET
                                 RAIFORD        FL      32083
                                 CITY           STATE   ZIP CODE

                                 ☑ INDIVIDUAL CAPACITY ☐ OFFICIAL CAPACITY


DEFENDANT NO. 6
  NAME                            UNKNOWNED
JOB OR TITLE (IF KNOWN   )       UNKNOWNED
SHIELD NUMBER                    UNKNOWNED
  EMPLOYER                       FLORIDA STATE PRISON
  ADDRESS                        7819 N.W. 228ᵗ STREET
                                 RAIFORD        FL      32083
                                 CITY           STATE   ZIP CODE

                                 ☑ INDIVIDUAL CAPACITY ☐ OFFICIAL CAPACITY


DEFENDANT NO. 7
  NAME                            UNKNOWNED
JOB OR TITLE (IF KNOWN)          UNKNOWNED
SHIELD NUMBER                    UNKNOWNED
  EMPLOYER                       FLORIDA STATE PRISON
  ADDRESS                        7819 N.W. 228ᵗ STREET
                                 RAIFORD        FL   32083
                                 CITY           STATE ZIP CODE
                                 ☑ INDIVIDUAL CAPACITY ☐ OFFICIAL CAPACITY

CONTINUANCE

T. TOMLIN, LIEUTENANT
WATSON, SERGEANT
WILLIAM, SERGEANT
BAYNON, SERGEANT
JOHN DOE #1, OFFICER
JOHN DOE #2, OFFICER
DEFENDANTS

5

_Not - Applicable_

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

PLaintiFF PLeD Facts that SHow EAch NAme
DeFenDANts ActeD unDer Color OF LAW. These
Facts Set Forth on Pages # 9-17 Below.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_Not - Applicable_

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

The INciDent COMPLAineD OF OCCUrreD At the
FloriDa State Prison On June, 22, 2019  This Fact Set
Forth on Page # 9 Below.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

The Incident Complained of Occurred At the Florida State Prison on June, 22, 2019 This Fact Set Forth on Page #9 Below.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff Pled Facts to Support His Claims Against Each Named Defendant. These Facts Set Forth on Pages # 8-17 Below.

V.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a Result of the Attack, Plaintiff Suffered Injuries to his Eyes, Head, And Back, Plaintiff's Left and Right Eye Swollen Bleeding. Two of Plaintiff's tooth Chipped, Plaintiff's Mouth and Rectum was Bleeding Plaintiff's Also Had A Laceration To Left And Right Eye, These Facts Set Forth on Page #12 Below.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declaration That Defendants Violated Plaintiff Rights Compensatory Damages And Punitive Damages And Nominal Damages Against Each of the Defendants Herein; A Trial By Jury on All Issues So Triable; And Any Addaional Relief this Court Deem Just Proper and Equitable.

7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FLORIDA State Prison

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

8

# FACTS

1) Plaintiff Gregory.Brown is an Inmate in the Florida Department of Corrections Who is Serving A (30) Year Prison Sentence...

2) On June 22, 2019, Plaintiff Gregory.Brown was an Inmate at the Florida State Prison Housed Alone in Cell **B-1324** on that Day, Defendant Correctional Sergeant Watson, Sergeant William, Sergeant, Bayron, John Doe #1 And John Doe #2 Beat Brown. As A Result Brown was seriously injured.

3) Prior to the Beating, Defendant Correctional Lieutenant, Tomlin Came to Brown's Cell and Stated "I'm Tell the Cell extraction Members to Beat You to Sleep if You Make Me Do Paperwork And Gas You" Lieutenant Tomlin then Walked Away.

4) On the Above Date, Lieutenant Tomlin Came Back to Brown's Cell Lieutenant tomlin orDered Brown to Submit Hand Restraints So He Could Be Placed on (72) Hrs ProPerty Restriction. Brown Refused to Comply. Lieutenant Tomlin ordered An Officer to Spray Brown. As ordered, An Officer Sprayed Brown with the three one Second Bursts of Chemical Agents which Was Justified Due to Brown Being Disorderly or Disobeying An order Lieutenant Tomlin and unKnowned officer then Walked Away.

5) Lieutenant Tomlin and unknowned Officer Came Back to Browns Cell. on two occasions An Officer Sprayed Brown with the three one-Second Bursts of Chemical Agents when Brown was not yelling. Banging Kicking Disobeying An order or otherwise Creating A Disturbance. Defendant Captine Wood and Lieutenant Tomlin Stood By Watching the Excessive Force Against Brown And Did not Intervene When they Had An opportunity to Do So.

6) Nurse Marshall Came To Brown's Cell. Nurse. Marshall Asked Brown if He Cuffing up. Brown Replied (Yes) Lieutenant Tomlin Heard that. Lieutenant Tomlin and Nurse Marshall then Walked Away.

7) Lieutenant tomlin Came Back to Brown's Cell with the Cell extraction Members Comprised of Serbeant, Watson, Serbeant, Williams. Serbeant Bayron, John Doe #1 And John Doe #2 These Five Cell extraction Members Had Riot Gear on. Brown Saw that And Became Afraid. Lieutenant Tomlin ordered Brown To Submit Hand-Restraints Brown Agreed to Do So. this Was Captured on the HandHeld Camera At the Florida State Prison. Brown Requested that the HandHeld Camera to Be Withheld For Further Evidence..

8) Lieutenant tomlin ordered Brown's Cell Door to be Open. once the Cell Door Was opened,

10

Brown Managed To Come out of the Cell Into the Hallway Area. The Cell extraction Members Immediately slammed Brown on the Ground And Commands to "Stop Resisting" even though BROWN was not Resisting At All. As Brown Lay on the Ground the Cell extraction Members Brown Don't Know who, started Punching Brown In the FACE Head and Other Parts of his BODY while Lieutenant tomlin And Captine Wood stood By Watching And Did not Intervene When them Had An oppertunity to Do so,

9) The Cell extraction Members Continued to Beat Brown When BROWN was not Resisting At All. During this one of the Cell extraction Member's Inserted two Fingers Into BROWN Rectum Which Made BROWN Scream out in Pain Saying "Get your Finger out My Ass." Lieutenant tomlin And Captine Wood Continued to Watch,

10) One of the Cell extraction Members Placed Leg shackles On BROWN. Lieutenant tomlin ordered the Cell extraction Members to take BROWN Back Into the Cell. As ordered the Cell extraction Member took Brown in his Cell. Once Inside the Cell extraction Members Brown Don't Know Who Started Punching Brown In the FACE Ribs stomach Back and other parts of his BODY While Saying

11

Stop Resisting When Brown was not Resisting At All. Lieutenant tomlin And Captine Wood Continued to watch.

10) one of the Cell extraction Members Placed Leg Shackles on Brown. Lieutenant tomlin ordered the Cell extraction Members to take Brown Back into the Cell, As ordered the Cell extraction Members took Brown in his Cell once inside the Cell extraction Members Brown Don't Know who Started Punching Brown in the Face Ribs Stomach Back and other Parts of his Boby while saying Stop Resisting when Brown was not Resisting At All. Lieutenant tomlin and Captine Wood Continued to watch.

11) one of the Cell extraction Members Started Slamming Brown's ForeHead including Head Against the Concrete Floor. Brown then felt one of the Cell extraction Members finger Insert once Agin into His Rectum. Brown was eventually Knocked unconscious. Lieutenant Tomlin And Captine Wood Continued To watch

12) Brown ReGained His Consciousness Brown Had Blood All over His Body. Prison officials Removed Brown From His Cell To the Medical Clinic (Knowned) As the "ER" Room A Nurse Saw Brown For A Post Use-of-Force physical. Brown

12

WAS Permitted to Shower And Given Clean Boxer. Prison Officials Then Returned Brown to His Cell and Secured the Cell Door.

13) As A Result of the Attack Plaintiff Suffered Injuries To His Eyes Head And Back Plaintiffs Left And Right Eye Swollen. two Of Plaintiffs Tooth Chipped. Plaintiff's Mouth And Rectum Was Bleeding. Plaintiff Also Had A Laceration to Left And Right Eye Area. These Inflicted injuries Causing Plaintiff excruciating Pain.

14) On July 2, 2019 Sergeant, Watson Came to Brown's Cell and Said Lieutenant Tomlin Told us to Beat You and that's Why You Got Beat like You Did.

15) After the Incident In Question, Plaintiff Brown Has Suffered Severe emotional. Distress, Panic Attacks And Also Suffers From terrifying "Flashbacks" And Nightmares From the Physical Abuse Defendants Subjected Him To.

13

16) Plaintiff Brown used the Prison Grievance System to exhaust His Administrative Remedies Before Filing this Lawsuit. In Fact Plaintiff Submitted two informal Grievances And Formal Grievance At the Institution Level And two Formal Grievance with Secretary of the Florida Department of Corrections. Some of Plaintiff's Grievances Went unanswer After Brown Placed the Grievances in the Grievance Box.

17) Every Correctional officer Including Defendants Who Worked At the Florida State Prison Had A Duty to Protect Inmates Like the Plaintiff And they Refused to Do So.

18) The Defendants Caused Plaintiff Injuries, Pain Suffering Embarrassment, Humiliation And Emotional Distress and Also Caused Plaintiff to Be Deprived of His Rights under The Eighth Amendment to the U.S. Constitutional.

## CLAIMS

**COUNT ONE:** Violation of Constitutional Rights under 42 U.S.C. 1983 Against DEFENDANT TOMLIN

19) Plaintiff Realleges the Facts as if Fully Set Forth Herein.

20) Defendant Tomlin Deliberate inofference to Plaintiff Safety were In Violation of the Eighth Amendment To the U.S. Constitution Prohibits Cruel And unusual Punishment.

21) Before the Cell exceration Members Beat Plaintiff Defendant Tomlin Said to Plaintiff "I'm Tell the Cell exceration Members to Beat You to Sleep if you Make Me Do Paperwork and Gas You.

22) After the incident in Question Defendant Watson Said to Plaintiff "Lieutenant Tomlin Told us to Beat You And that why You Got Beat Like you Did.

23) The Above Facts Support An Inference that Defendant Tomlin Directed the Cell exceration Members to Act unLawfully And knew the Cell exceration Members Would Act unLawfully And Failed to Stop them From Doing So.

24) AS Result OF the Wrongful Acts AlleGeD ABove, PlaintiFF SuFFereD BoBily InJuries AnD PAin And SuFFering And eMBArrASSMent And HumiliAtion and EMotional Distress.

Count Two: ViolAtion OF Constitutional Rights under 42 U.S.C. 1983 AGAinst DeFenDAnts Tomlin And WooD

25) PlaintiFF RealleGes the FActs As iF Fully Set Forth Herein.

26) DeFenDAnts tomlin And wood in Failing to intervene in the excessive Force AGAinst PlaintiFF Were in violation OF the EiGHtH AMenDMent to the u.s. Constitution ProHiBits excessive Force And Cruel And unusal PunishMent.

27) on two occAsions, An oFFicer useD excessive Force AGAinst PlaintiFF By SprAying Him with CheMical AGents Without Any Penological JustFicAtion. DeFenDAnts tomlin And Wood WatcheD the excessive Force AGAinst PlaintiFF and DiD Not intervene When they HAD An opportunity to Do So.

28) AS A Result OF the Wrongful Acts AlleGeD ABove PlaintiFF SuFFereD BoDily InJuries And PAin And SuFFering And EMBArASSMent And HumiliAtion AnD EMotional Distress.

Count THree: Violation oF Constitutional Rights unDer 42 U.S.C 1983 AGAinst DeFenDAnts, WAtson, William, BAyRon, ToMlin, WooD, John Doe #1 and John Doe #2

16

29) Plaintiff Realleges the Facts As if Fully Set Forth Herein.

30) Defendants Watson, William, Bayron, John Doe #1 John Doe #2 Tomlin, And Wood, In using excessive Force or Failing to Intervene to stop the excessive Force Against Plaintiff were in Violation of the Eighth Amendment to the U.S Constitution, Prohibits excessive Force and Cruel and Unusual Punishment.

31) Defendants Watson, William, Bayron, John.Doe #1 and John Doe #2 Used excessive Force Against Plaintiff Defendants Tomlin and Wood Watched the excessive Force Against Plaintiff and Did not Intervene When they Had An opportuinity to Do So.

32) As A Result of the Wrongful Acts Alleged Above, Plaintiff Suffered Bodily Injuries And Embarassment And Humiliation and Emotional Distress.

17

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No   ) Not-Applicable

E.   If you did file a grievance:

1.   Where did you file the grievance?

PLAintiFF SuBMitted GrievAnces At the Institution Level And with Secretary OF the FLoriDA DePArtMent OF Corrections. These FActs Set Forth on PAge # 14 Above.

2.   What did you claim in your grievance?

PLAintiFF COMPLAineD About the InCiDent ReLAting to this COMPLAint. These FActs Set Forth on PAges # 8-17 Above.

3.   What was the result, if any?

PLAintiFF Don't ReCALL.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

PLAintiFF ExHAusteD His ADMinstrAtive ReMeDies When He SuBMitted GrievAnces At the Institution Level and with Secretrey OF the FLoriDA DePArtMent of Corrections.

18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

✳  Not-APPliCABle  ✳

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

✳  Not-APPliCABle  ✳

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

✳  Not-APPliCABle  ✳

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not-APPliCABle

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   ✳ Not-Applicable ✳

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

✳ Not-Applicable ✳

3.   Docket or index number

✳ Not-Applicable ✳

4.   Name of Judge assigned to your case

✳ Not-Applicable ✳

5.   Approximate date of filing lawsuit

✳ Not-Applicable ✳

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. ✳ Not-Applicable ✳

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

✳ Not-Applicable ✳

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    ✱ Not-Applicable ✱
    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    ✱ Not-Applicable ✱

3.  Docket or index number
    ✱ Not-Applicable ✱

4.  Name of Judge assigned to your case
    ✱ Not-Applicable ✱

5.  Approximate date of filing lawsuit
    ✱ Not-Applicable ✱

6.  Is the case still pending?

    ☐ Yes   7 Not Applicable ✕
    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    ✱ Not-Applicable ✱

21

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. *I Declare under Penalty of Perjury that the Facts Stated in this Complaint Are True and Correct.*

Date of signing:     *2-23-20*

| | |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Printed Name of Plaintiff | GREGORY BROWN |
| Prison Identification # | J-39575 |
| Prison Address | Florida State Prison P.O. Box 800 |
| | Raiford              FL      32083 |
| | City              State      Zip Code |

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
                          _____
                          City        State      Zip Code
Telephone Number          _____
E-mail Address            _____

22