**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**GREGORY BEOWN,**

        Plaintiff,

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.: 3:20-cv-87-J-25MCR**

**CAPTAIN WOOD, et al.,**

        Defendants.
_____/

**DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSE, AND DEMAND FOR JURY TRIAL**

Defendants WOODS, TOMLIN, WATSON, and BAYRON, through undersigned counsel, hereby file their Answer, Affirmative Defense, and Demand for Jury Trial, in response to the Plaintiff's Amended Complaint [Doc. 5], as follows:

**I. Parties**

Admitted for jurisdictional purposes only.

**II. Basis for Jurisdiction**

Admitted that Plaintiff alleges jurisdiction pursuant to 42 USC & 1983 and the Eighth Amendment to the U.S. Constitution. The remaining allegations are denied.

**III. Prisoner Status**

Admitted that Plaintiff is a convicted state prisoner.

**IV. Statement of Claim**

       **Facts**

1

2

1. Admitted that Plaintiff is an inmate within the Florida Department of Corrections; without knowledge as to the length of his sentence.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

6. Without knowledge.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Without knowledge.

13. Denied.

14. Denied.

15. Denied.

16. Without knowledge.

17. Denied.

18. Denied.

19. Defendants reallege their prior answers hereto.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Defendants reallege their prior answers hereto.

26. Denied.

27. Denied.

28. Denied.

29. Defendants reallege their prior answers hereto.

30. Denied.

31. Denied.

32. Denied.;

**V. Injuries**

Without knowledge as to Plaintiff's injuries.  Denied that Defendants caused any injuries to Plaintiff.

**VI.  Relief**

Denied that Plaintiff is entitled to the relief prayed for, or to any relief whatsoever from these Defendants.

**VII.   Exhaustion of Administrative Remedies**

Without knowledge as to whether Plaintiff has exhausted his administrative remedies.

**VIII.   Previous Lawsuits**

Without knowledge as to Plaintiff's previous lawsuits.

## AFFIRMATIVE DEFENSE

Defendants acted reasonably within the discretion of their positions, and the course and scope of their employment, and did not violate any clearly established statutory or constitutional right of the Plaintiff of which reasonable persons would have known. Therefore, they are entitled to qualified immunity from liability for damages, or from suit

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury of all issues triable as a matter of right by jury.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL


/s/  *Joe Belitzky*_____
Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872
Joe.Belitzky@myfloridalegal.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Sept. 24, 2020 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing was sent

by U. S. Mail to: Gregory Brown, #J39575, Santa Rosa Correctional Institution, 5850 East Milton Rd., Milton, FL 32583.

      /s/Joe Belitzky_____
      JOE BELITZKY
      Senior Assistant Attorney General

5

6