**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE  DIVISION**

**GREGORY BEOWN,**

                Plaintiff,

**v.**                                          **Case No.: 3:20-cv-87-J-25MCR**

**CAPTAIN WOOD, et al.,**

                Defendants.

_____/

**<u>DEFENDANT WILLIAMS'  ANSWER,  AFFIRMATIVE DEFENSE,  AND DEMAND
FOR JURY TRIAL</u>**

Defendant ALLAN WILLIAMS, through undersigned counsel, hereby files his Answer, Affirmative Defense, and Demand for Jury Trial, in response to the Plaintiff's  Amended Complaint [Doc. 5] , as follows:

**<u>I.  Parties</u>**

    Admitted for jurisdictional purposes only.

**<u>II. Basis for Jurisdiction</u>**

    Admitted that Plaintiff alleges jurisdiction pursuant to 42 USC  § 1983 and the Eighth Amendment to the U.S. Constitution. The remaining allegations are denied.

**<u>III. Prisoner Status</u>**

    Admitted that Plaintiff is a convicted state prisoner.

**<u>IV.  Statement of Claim</u>**

       **Facts**

1

1. Admitted that Plaintiff is an inmate within the Florida Department of Corrections; without knowledge as to the length of his sentence.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

6. Without knowledge.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Without knowledge.

13. Denied.

14. Denied.

15. Denied.

16. Without knowledge.

17. Denied.

18. Denied.

19. Defendants reallege their prior answers hereto.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Defendant realleges his prior answers hereto.

26. Denied.

27. Denied.

28. Denied.

29. Defendant realleges his prior answers hereto.

30. Denied.

31. Denied.

32. Denied.;

**V. Injuries**

Without knowledge as to Plaintiff's injuries.  Denied that Defendants caused any injuries to Plaintiff.

**VI.  Relief**

Denied that Plaintiff is entitled to the relief prayed for, or to any relief whatsoever from this Defendant.

**VII.   Exhaustion of Administrative Remedies**

Without knowledge as to whether Plaintiff has exhausted his administrative remedies.

**VIII.   Previous Lawsuits**

Without knowledge as to Plaintiff's previous lawsuits.

## AFFIRMATIVE DEFENSE

Defendant acted reasonably within the discretion of his position, and the course and scope of his employment, and did not violate any clearly established statutory or constitutional right of the Plaintiff of which reasonable persons would have known.  Therefore, he is entitled to qualified immunity from liability for damages, or from suit

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury of all issues triable as a matter of right by jury.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/  *Joe Belitzky*_____
Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872
Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Nov. 3, 2020 I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that a true and correct copy of the foregoing was sent

4

by U. S. Mail to: Gregory Brown, #J39575, Santa Rosa Correctional Institution, 5850 East Milton

Rd., Milton, FL 32583.

/s/Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General