UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY BROWN,

    Plaintiff,

v.	Case No. 3:20-cv-87-J-25MCR

CAPTAIN WOOD, et al.,

    Defendants.
_____

**ORDER**

Plaintiff initiated this action on January 30, 2020, by filing a pro se Civil Rights Complaint (Doc. 1). On February 24, 2020, Plaintiff filed an Amended Complaint (Doc. 5), in which he names Defendants "Officer John Doe #1" and "Officer John Doe #2." Plaintiff did not provide substantial identifying information to assist in the service of process on the Doe-Defendants.

Therefore, on November 6, 2020, the Court directed Plaintiff to show cause by December 8, 2020, why the claims against Defendants "Officer John Doe #1" and "Officer John Doe #2" should not be dismissed from the action. See Order to Show Cause (Doc. 26). The deadline passed on December 8, 2020, and Plaintiff neither identified the Doe-Defendants, nor requested additional time to comply. Therefore, Plaintiff's claims against Defendants "Officer John Doe #1" and "Officer John Doe #2" are due to be dismissed without prejudice in this action.

Accordingly, it is hereby

**ORDERED:**

1. Defendants "Officer John Doe #1" and "Officer John Doe #2" are **DISMISSED without prejudice** from this action.

2. The **Clerk** shall terminate Defendants "Officer John Doe #1" and "Officer John Doe #2" as parties to this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of December, 2020.

_____
BRIAN J. DAVIS
United States District Judge

caw 12/17
c:
Gregory Brown, #J39575
Counsel of Record