UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY BROWN,

    Plaintiff,

vs.                                    CASE NO. 3:20 cv 87/ HLA-MCR

CAPTAIN WOODS, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

    COME NOW Defendants WOODS, et al., through undersigned counsel, and pursuant to Rule 6(b), Fed. Rules Civil Pro., do hereby move for an enlargement of thirty (30) days' time in which to file their Motion for Summary Judgment herein. As grounds therefore, Defendants allege the following:

1. Pursuant to this Court's Order [Doc. 32], Defendants' Motion for Summary Judgment is currently due to be filed.

2. Due to other case deadlines existing for undersigned counsel, including preparation for a federal jury trial scheduled to begin on July 6, 2021, counsel will not be able to complete Defendants' Motion for Summary Judgment within the existing time limit.

3. Defendants thus request an enlargement of thirty (30) days' time in which to file said Motion.

4. Due to Plaintiff's incarcerated status, he has not been contacted regarding the filing of this motion.

## MEMORANDUM OF LAW

1

Rule 6(b), Fed. Rules Civil Pro., provides that the Court, for good cause shown, may enlarge the time for the doing of a required act. Here, Defendants WOODS. et al., submit that they have demonstrated good cause to grant them an enlargement of time in which to file their Motion for Summary Judgment.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Joe.belitzky@myfloridalegal.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via CM/ECF and furnished by United States Mail to Gregory Brown #J39575, Florida State Prison, P.O. Box 800, Raiford, FL 32083, on June 25,2021.

/s/ Joe Belitzky
JOE BELITZKY