UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY BROWN,

        Plaintiff,

v.                                        Case No. 3:20-cv-87-BJD-MCR

CAPTAIN WOOD, et al.,

        Defendants.
_____

## ORDER

Defendants' Motion for Enlargement of Time (Doc. 35) is **GRANTED**. The Court finds good cause to extend the following deadlines:

1. All motions to dismiss and/or for summary judgment shall be filed by **July 26, 2021**.

2. Responses to any motions to dismiss and/or for summary judgment shall be filed by **August 25, 2021.**

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of July, 2021.

                                                        BRIAN J. DAVIS
                                            United States District Judge

caw 7/16
c:
Gregory Brown, #J39575
Counsel of Record