UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY BROWN,

    Plaintiff,

v.                                               Case No. 3:20-cv-87-BJD-MCR

CAPTAIN WOODS, et al.,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR ADDITIONAL ENLARGEMENT OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants WOODS, et al., through undersigned counsel, and pursuant to Rule 6(b), Fed. Rules Civil Pro., do hereby move for an additional enlargement of twenty (20) days time in which to file their motion for summary judgment. As grounds therefore, Defendants allege the following:

1. Defendants have previously been granted an enlargement of time to file their motion for summary judgment herein. [Doc. 36].

2. Pursuant to that Order, their motion for summary judgment is currently due to be filed. [Id.]

3. However, due to case filing deadlines in several other cases handled by undersigned counsel for Defendants, he has not been able to complete a motion for summary judgment within the extended time period allowed.

4. Additionally, undersigned counsel has been heavily involved in preparing for two (2) jury trials scheduled for the Northern District of Florida in July and August 2021.

5. Although those cases have recently settled, extensive preparation for them did not leave sufficient time to devote to the preparation of a motion for summary judgment herein.

1

6. Furthermore, counsel has been extensively involved in preparing for trial in the case of Corey Milledge vs. Kenneth Tucker, et al., Case no. 3:17 cv 483, scheduled to begin on Aug. 25, 2021 in this Court.

7. Accordingly, Defendants request that they be granted an additional enlargement of twenty (20) days time in which to file their motion.

8. Due to Plaintiff's incarcerated status, he has not been consulted regarding the filing of this motion.

## MEMORANDUM OF LAW

Rule 6(b), Fed. Rules Civil Pro., provides that the Court, for good cause shown, may enlarge the time for the doing of a required act. Here, Defendants submit that they have demonstrated good cause to extend the deadline for the filing of their motion for summary judgment.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Joe.belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via

CM/ECF and furnished by United States Mail to Gregory Brown #J39575, Florida State Prison, P.O. Box 800, Raiford, FL  32083, on July 26, 2021.

                                            /s/ Joe Belitzky
                                            JOE BELITZKY