UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY BROWN,

    Plaintiff,

v.      Case No. 3:20-cv-87-BJD-MCR

CAPTAIN WOOD, et al.,

    Defendants.
_____

## ORDER

Because the Court finds good cause, Defendants' Motion for Additional Enlargement of Time to File a Motion for Summary Judgment (Doc. 37) is **GRANTED,** and Defendants' Motion for Summary Judgment (Doc 38) is **ACCCEPTED as timely filed.** Plaintiff shall file a response by **September 7, 2021.**

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of August, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 8/6
c:
Gregory Brown, #J39575
Counsel of Record